735 A.2d 705

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**David A. LOCKWOOD, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 11, 1999.

Decided Sept. 9, 1999.

Mark R. Zimmer, District Attorney, Patrick L. Robinson, First Assistant D.A., for Com.

Jeffrey J. Wander, Honesdale, for Lockwood.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

Insofar as it is consistent with our dispositions in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999) and *Commonwealth v. Gaffney*, 557 Pa. 327, 733 A.2d 616 (1999) we affirm the Order of the Wayne County Court of Common Pleas dated November 4, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.